IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD KYLE REEVES, #255472, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACT. NO.  2:12cv904-TMH |
| | )              (WO) |
| DR. TAHIR SIDDIQ, M.D., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**OPINION and ORDER**

On December 18, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 6).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's claims against defendants Scott, Mason, Giles, Nettles, and Whitley be and are hereby DISMISSED without prejudice and prior to service of process;

3. Defendants Scott, Mason, Giles, Nettles, and Whitley be and are hereby DISMISSED as parties to the complaint under 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This case, with regard to the remaining defendant, be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 22nd day of January, 2013.

                                            /s/ Truman M. Hobbs
                                       TRUMAN M. HOBBS
                                       SENIOR UNITED STATES DISTRICT JUDGE