IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD KYLE REEVES, #255472, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:12cv904-TMH |
| ) | (WO) |
| DR. TAHIR SIDDIQ, M.D., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On May 7, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 13).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The motion to dismiss filed by defendant Siddiq (doc. # 9) be and is hereby GRANTED to the extent that the defendant seeks dismissal of this case due to the plaintiff's failure to properly exhaust an administrative remedy available to him at the Bullock Correctional Facility;

3. This case be and is hereby DISMISSED without prejudice pursuant to the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust an administrative remedy available to him at the Bullock Correctional Facility; and

4. No costs are taxed herein.

A separate order will issue.

Done this the 14th day of June, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE